UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| **ALFREDO MANUEL DE** | : | MOTION TO SEAL |
| **VENGOECHEA-MENDEZ** | : | |
|     **a.k.a. "El Patron"** | : | FILED UNDER SEAL |
|     **a.k.a. "Feyo"** | : | |
| | : | |
| **ALVARO ANTONIO** | : | |
| **PADILLA-MELENDEZ** | : | |
|     **a.k.a. "El Topo"** | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **JOSE RICARDO MARTINEZ-** | : | |
| **RUBIANO** | : | |
|     **a.k.a. "Marquitos"** | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
|     **a.k.a. "Rafael"** | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-** | : | |
| **SIERRA** | : | |
|     **a.k.a. "Lucho"** | : | |
|     **a.k.a. "Mi Tonto"** | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
|     **a.k.a. "Rafa"** | : | |
| | | |
|     **Defendants.** | | |

## **MOTION TO SEAL**

The United States respectfully moves this Court to place under seal until further notice of

the Court, the Indictment, the Motion to Seal and the Court's order to seal. In support thereof, the

government alleges the following:

The indictment in this case is the result of a long-term investigation into an international cocaine trafficking organization operating in the Colombia, South America and elsewhere. The investigation is ongoing. After the indictment in this case has been returned, the United States government must begin the process of extraditing the defendants. Disclosure of the information would enable the defendants to avoid arrest. The confidentiality of the investigation and the safety of cooperating individuals and law enforcement officers participating in the investigation could be compromised by the premature release of the information contained in the indictment. In order to preserve the secrecy of the case until the defendants are taken into custody, the government respectfully requests that the Court grant the government's motion to seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991). The government further requests that the government be permitted to disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

Respectfully submitted,

THOMAS PADDEN, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By: _____

Patrick H. Hearn
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Ave, N.W.
Washington, D.C. 20005