UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-341 (RMU) |
| | : | |
| **ALFREDO MANUEL DE** | : | ORDER TO UNSEAL |
| **VENGOECHEA-MENDEZ** | : | |
|    a.k.a. "El Patron" | : | FILED UNDER SEAL |
|    a.k.a. "Feyo" | : | |
| | : | |
| **ALVARO ANTONIO** | : | |
| **PADILLA-MELENDEZ** | : | |
|    a.k.a. "El Topo" | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **FIRST NAME UNKNOWN** | : | |
| **LAST NAME UNKNOWN** | : | |
|    a.k.a. "Marquitos" | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
|    a.k.a. "Rafael" | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-** | : | |
| **SIERRA** | : | |
|    a.k.a. "Lucho" | : | |
|    a.k.a. "Mi Tonto" | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
|    a.k.a. "Rafa" | : | |
| | : | |
|    **Defendants.** | | |

## **O R D E R**

_____ Upon consideration of the Government's Motion to Unseal the Indictment, it is hereby

ORDERED, this _____ day of _____, 2006, the Motion to Unseal be granted.

                                                THE HONORABLE RICARDO M. URBINA
                                                UNITED STATES DISTRICT COURT JUDGE

DATE: _____

cc:    Patrick H. Hearn, Trial Attorney.
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, NW, Suite 800
        Washington, D.C. 20530    202-305-7606