UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 05-341 (RMU) |
| ALFREDO MANUEL DE VENGOECHEA-MENDEZ<br>    a.k.a. "El Patron"<br>    a.k.a. "Feyo" | ORDER TO UNSEAL<br><br>FILED UNDER SEAL |
| ALVARO ANTONIO PADILLA-MELENDEZ<br>    a.k.a. "El Topo" | UNSEALED FILED<br><br>MAY 8 - 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| MARLON GUERRERO-ROMAN | |
| FIRST NAME UNKNOWN LAST NAME UNKNOWN<br>    a.k.a. "Marquitos" | |
| RAFAEL EDUARDO RUIZ-ALVEAR<br>    a.k.a. "Rafael" | |
| LUIS ANTONIO VALENZUELA-SIERRA<br>    a.k.a. "Lucho"<br>    a.k.a. "Mi Tonto" | |
| EBLIN RAFAEL RAMIREZ-DIAZ<br>    a.k.a. "Rafa" | |
| Defendants. | |

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is hereby

ORDERED, this 8th day of May, 2006, the Motion to Unseal be granted.

*Ricardo M. Urbina*
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

DATE: 5/8/06

cc: Patrick H. Hearn, Trial Attorney.
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, NW, Suite 800
Washington, D.C. 20530    202-305-7606