IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| vs. § | CASE NO.: 05-341 (RMU) |
| ALFREDO DE VENGOECHEA, § | |
| Defendant. § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, CARMEN HERNANDEZ, ESQUIRE, and respectfully moves this Honorable Court to admit JEFFREY S. WEINER, ESQUIRE, *pro hac vice* to represent Alfredo De Vengoechea, the Defendant in the above-captioned case in the United States District Court for the District of Columbia. In support of this motion, undersigned counsel states as follows:

1. Mr. Weiner is a member in good standing of the Florida, Illinois, United States Supreme Court Bars and numerous United States District Courts and United States Circuit Courts of Appeal Bars.

2. Mr. Weiner is a former president of the National Association of Criminal Defense Lawyers, former president of the Florida Criminal Defense Attorneys Association and former chair of the Criminal Law Section of the Academy of Florida Trial Lawyers.

3. Mr. Weiner is a Board Certified Criminal Trial Lawyer by the National Board of Trial Advocacy.

4. Mr. Weiner is an experienced criminal trial and appellate lawyer having handled state and federal criminal trials and appeals in over twenty-five states during his thirty-three year career as a defense attorney. He has argued before the United

WEINER & RATZAN, P.A.
ATTORNEYS AT LAW   1
TWO DATRAN CENTER•SUITE 1910•9130 SOUTH DADELAND BLVD.•MIAMI, FL 33156-7858•TELEPHONE 305.670.9919 FAX 305.670.9299

page 3

SEP 25,2006 11:29A FLORIDA

States Supreme Court, the Florida Supreme Court and several United States Courts of Appeal.

5. Mr. Weiner has never been held in contempt of any court or disciplined.

6. The Defendant, in exercising his Sixth Amendment rights, wishes Mr. Weiner to represent him.

7. Mr. Weiner maintains a law office in Miami, Florida, located at 9130 South Dadeland Boulevard, Suite 1910, Miami, Florida 33156; he does not maintain an office in the District of Columbia.

8. Mr. Weiner has not argued any cases in Washington, D.C. other than before the United States Supreme Court.

WHEREFORE, for good cause shown and based upon the above, undersigned counsel respectfully moves this Honorable Court to grant this motion and to admit Jeffrey S. Weiner *pro hac vice* as attorney of record in this case before the United States District Court.

Dated: September 25, 2006

_____
CARMEN HERNANDEZ, ESQUIRE
Bar No. MD 03366

717 D St NW #310
WASH, DC 20004
202-628-0090
202-628-2881 (FAX)

WEINER & BATZAN, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BLVD. • MIAMI, FL 33156-7858 • TELEPHONE 305.670.9919 FAX 305.670.9299

2

page 4

SEP 25, 2006 11:29A FLORIDA

2