CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )  Criminal No. 05-341 (RMU)
)
)
ALFREDO DE VENGOECHEA )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION AS LOCAL COUNSEL

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CARMEN D. HERNANDEZ  MD03366
(Attorney & Bar ID Number)

_____
(Firm Name)

717 D St NW #310
(Street Address)

WASH,    DC    20004
(City)   (State)   (Zip)

202-628-0090
(Telephone Number)