IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| vs. § | CASE NO.: 05-341 (RMU) |
| ALFREDO DE VENGOECHEA, § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

JEFFREY S. WEINER, ESQUIRE, Attorney at Law, of the Law Offices of WEINER & RATZAN, Two Datran Center, Suite 1910, 9130 South Dadeland Boulevard, Miami, Florida 33156-7858 hereby files this Notice of Appearance as counsel for Mr. Alfredo De Vengoechea during the pendency of this case for trial only.

IT IS HEREBY requested that the Clerk of this Court hereafter forward to the undersigned, copies of all pleadings filed in the above-captioned matter by the United States Attorney's Office, and further

Requested that the Clerk of this Court promptly notify the undersigned of the time, date and place of all hearings, calendar calls and trial to ensure prompt appearance of the Defendant and counsel before this Court.

WEINER & RATZAN, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER•SUITE 1910•9130 SOUTH DADELAND BLVD.•MIAMI, FL 33156-7858•TELEPHONE 305.670.9919 FAX 305.670.9299

SEP 25,2006 11:28A FLORIDA                                                                 page 1

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered this 15th day of September, 2006, to Department of Justice Trial Attorney Patrick Hearn, 333 Constitution Avenue, N.W. Washington, D.C. 20001.

        Respectfully submitted,

        WEINER & RATZAN, P.A.
        ATTORNEYS AT LAW
        Two Datran Center, Suite 1910
        9130 South Dadeland Blvd.
        Miami, Florida 33156-7858
        305/670-9919
        305/670-9299 Fax

By: _____
     JEFFREY S. WEINER, ESQUIRE
     Florida Bar No. 185214

WEINER & RATZAN, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BLVD. • MIAMI, FL 33156-7858 • TELEPHONE 305-670-9919 FAX 305-670-9299

SEP 25,2006 11:28A FLORIDA          page 2

2