UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
             v.                :   Criminal Action No.: 05-341 (RMU)
                               :
#1 ALFREDO VENGOECHEA-MENDEZ   :
#6 LUIS VALENZUELA-SIERRA      :           FILED
#7 EBLIN          Defendant(s).:
   RAMIREZ-DIAZ                            OCT 11 2006

                    **ORDER**                NANCY MAYER WHITTINGTON, CLERK
                                                  U.S. DISTRICT COURT

It is this 11th day of October 2005,

ORDERED that a _status_ hearing in the above-captioned case shall take place on November 2, 2006 at 10:00 am.

**SO ORDERED.**

                                    _/s/ Ricardo M. Urbina_
                                    Ricardo M. Urbina
                                    United States District Judge

The government's motion to certify a complex case due October 11, 2006. The defendants' oppositions are due November 2, 2006 by 7:00 am.