IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  §

    Plaintiff,  §

vs.  §   CASE NO.: 05-341 ~~05-342~~ (RMU)

ALFREDO DE VENGOECHEA,  §

    Defendant.  §

## ORDER

Upon consideration of the Defendant's *ore tenus* motion heard in open court on Wednesday, October 11, 2006, without objection from the Government, to move the Defendant Alfredo DeVengeochea from the Central Detention Facility, 1901 D Street S.E., Washington, DC to the Correctional Treatment Facility, 1901 E Street, S.E., Washington, D.C. in order to better address and treat his medical condition is hereby **GRANTED**.

This Court hereby requests and recommends the United States Marshal Service to transport the Defendant from Central Detention Facility to Correctional Treatment Facility as soon as possible.

Date: 10 - 16 · 06

RICARD M. URBINA
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

Copies furnished to:
Patrick H. Hearn      , Esquire
   Trial Attorney
Weiner & Ratzan, P.A.
United States Marshal Service

1