UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :   Criminal Action No.: 05-341 (RMU)
                                 :
ALFREDO                          :
VENGOECHEA-MENDEZ, *et al.*,     :
                                 :
            Defendants.          :

**ORDER**

It is this 19th day of October 2006,

**ORDERED** that the interim status hearing in the above-captioned case scheduled for November 2, 2006 at 10:00 am is hereby **VACATED** and **RESCHEDULED** for 11:30 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
OCT 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT