IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| vs. § | CASE NO.: 05-342 (RMU) |
| ALFREDO DE VENGOECHEA, § | |
|     Defendant. § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, CARMEN HERNANDEZ, ESQUIRE, and respectfully moves this Honorable Court to admit MYCKI RATZAN, ESQUIRE, partner in Weiner & Ratzan, P.A. *pro hac vice* to represent Alfredo De Vengoechea, the Defendant in the above-captioned case in the United States District Court for the District of Columbia. In support of this motion, undersigned counsel states as follows:

    1.    Mrs. Ratzan is a member in good standing of the Florida Bar, United States Supreme Court Bar and numerous United States District Courts and United States Circuit Courts of Appeal Bars.

    2.    Mrs. Ratzan is a law partner in the law firm Weiner & Ratzan, P.A. Mr. Weiner previously appeared before this Honorable Court and was moved in *pro hac vice* as counsel for Mr. De Vengoechea. Both Mr. Weiner and Mrs. Ratzan will be representing Mr. De Vengoechea in the above referenced case.

    3.    Mrs. Ratzan is an experienced criminal trial and appellate lawyer having handled state and federal criminal trials and appeals in over twenty-five states during her fourteen year career as a defense attorney.

4. Mrs. Ratzan has never been held in contempt of any court or disciplined.

5. The Defendant, in exercising his Sixth Amendment rights, wishes the law offices of Weiner & Ratzan P.A. to represent him, including Mr. Jeff Weiner and Mrs. Mycki Ratzan.

6. Mrs. Ratzan maintains a law office in Miami, Florida, located at 9130 South Dadeland Boulevard, Suite 1910, Miami, Florida 33156; she does not maintain an office in the District of Columbia.

7. Mrs. Ratzan has not previously argued any cases in Washington, D.C.

**WHEREFORE**, for good cause shown and based upon the above, undersigned counsel respectfully moves this Honorable Court to grant this motion and to admit Mycki Ratzan, Esquire *pro hac vice* as additional counsel of record in this case before the United States District Court.

Dated: October 5, 2006.

_____
CARMEN HERNANDEZ, ESQUIRE
Bar No. MD 03366
717 D/ Street, N.W. #310
Washington, D.C. 20004
(202) 628-0090 Office
(202) 628-2881 Fax

2