UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :   CASE NO.: 05-341 (RMU)
:
ALFREDO DE VENGOECHEA-MENDEZ, :
Defendant :
:
*****

**FILED**

**OCT 3 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Motion to Appear Pro Hac Vice, good cause having been shown, it is this 31st of October, 2006,

**ORDERED:**

1) that the Motion to Appear Pro Hac Vice as to attorney Mycki Ratzan be, and the same hereby, is **GRANTED**; and

2) that Mycki Ratzan, an attorney admitted to practice in the State of Florida be, and the same hereby, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

_____
HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE