UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :       CASE NO.: 05-341 (RMU)
                                    :
ALFREDO DE VENGOECHEA-MENDEZ,       :
    Defendant                       :
                              *****

**ORDER**

Upon consideration of Motion to Appear Pro Hac Vice, good cause having been shown, it is this 31st of October, 2006,

**ORDERED:**

1) that the **Motion to Appear Pro Hac Vice** as to attorney Jeffrey S Weiner that was granted in open court on September 25, 2006 be, and the same hereby, is **GRANTED;** and

2) that Jeffrey S Weiner, an attorney admitted to practice in the State of Florida, be, and the same hereby, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

                                    _____
                                    **HONORABLE RICARDO M. URBINA**
                                    **UNITED STATES DISTRICT JUDGE**