UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-341 (RMU) |
| : | |
| ALFREDO VENGOECHEA-MENDEZ, : | |
| *et al.*, : | |
| : | **FILED** |
| Defendant. : | NOV 2 - 2006 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of November 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on December 12, 2006 at 10:30am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge