UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
         v.                    :   Criminal Action No.: 05-341   (RMU)
                               :
ALFREDO VENGOECHEA-MENDEZ,     :
                    et al.,    :
                               :
         Defendant.            :

**ORDER**

It is this 12th day of December 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on March 19, 2007 at 2pm.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge