UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-341 (RMU) |
| | : | |
| ALFREDO MANUEL DE VENGOECHEA-MENDEZ, *et al*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**FILED**
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of March 2007,

ORDERED that a status hearing in the above-captioned case shall take place on _August 10, 2007_ at _9:45_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge