UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 05-0341 (RMU) |
| VENGOECHEA-MENDEZ, *et. al.*, | : | |
| Defendant. | : | |

**ORDER**

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 10th day of August 2007,

**ORDERED** that a trial hearing in the above-captioned case shall take place on August 15, 2008 at 9:30.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge