UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0341 (RMU)
:
VENGOECHEA-MENDEZ, et. al., :
:
Defendant. :

**ORDER**

**FILED**
AUG 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 10th day of August 2007,

**ORDERED** that a _STATUS_ hearing in the above-captioned case shall take place on _Oct. 15, 2007_ at _10 AM_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge